IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Nongthavy Thattanakham    CASE NO: 5:06-bk-70969 B
Chapter 13

CHAPTER 13 TRUSTEE'S
REPORT OF UNCLAIMED FUNDS

The Trustee submits the following Report of Unclaimed Funds:

1. Ninety days have lapsed since the final distribution of funds in the above bankruptcy estate. The account of this estate reflects that the following amounts remain on deposit. These amounts represent payment by check mailed to the Payee listed below that was not negotiated.

| Court's Claim No: | Payee Name | Amount |
|---|---|---|
|  | Nongthavy Thattanakham<br>2405 Tracee Way<br>Springdale, AR 72764 | $96.24 |
| Trustee's Claim No: |  |  |
| 0 |  |  |

Description of Payment: REFUND TO DEBTOR/CASE CLOSED

Trustee's Canceled Check Number: 360632

2. Payment has been cancelled and stopped on the check.

3. Pursuant to 11 U.S.C. §347 and Fed. R. Bankr. P. 3011, a check has been tendered by the Trustee to the United States Bankruptcy Clerk in the amount of $96.24 for the benefit of the Payee to be disposed of under Chapter 29 of Title 28 of the United States Code (28 U.S.C. §§ 2041, *et seq.*)

Date: 10/26/2009    Respectfully submitted,

/s/ Joyce Bradley Babin

Joyce Bradley Babin
Chapter 13 Standing Trustee

cc:    Nongthavy Thattanakham, Debtor
Jack & Holly Martin, Esq., Debtor's Attorney (through ECF)